Jeffrey M. Garrod, Esq.
**ORLOFF, LOWENBACH, STIFELMAN & SIEGEL, P.A.**
101 Eisenhower Parkway, Suite 400
Roseland, New Jersey  07068-1097
Telephone:  (973) 622-6200
Fax:          (973) 622-3073
E-Mail:      jmg@olss.com
Attorneys for Defendants National Auto Division, L.L.C. and Ariel Freud

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| FREDERICK EVANS, | : Civil Action No. 15-cv-8714-AET-DEA |
| Plaintiff, | : |
| v. | : |
| NATIONAL AUTO DIVISION, L.L.C., ARIEL FREUD, and DOES 1-25, | : **NOTICE OF MOTION TO DISMISS COMPLAINT PURSUANT TO _FED. R. CIV. P._ 12(b)(6)** |
| Defendants. | : |

TO:        Jeremy Glapion, Esq.
            THE GLAPION LAW FIRM, LLC
            1704 Maxwell Drive
            Wall, New Jersey  07719
            Attorneys for Plaintiff

SIR:

PLEASE TAKE NOTICE that on Monday, March 7, 2016, at 10:00 a.m., or as soon thereafter as counsel may be heard, defendants National Auto Division, L.L.C. and Ariel Freud shall move, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, before the United States District Court for the District of New Jersey (Hon. Anne E. Thompson, U.S.D.J.), at the Clarkson S. Fisher Federal Building & United States Courthouse, 402 East State Street, Trenton, New Jersey, for an Order of Dismissal of the Complaint filed by plaintiff Frederick Evans on December 17, 2015, and for such other and further relief as may be just and equitable.

The within motion is based upon the pleadings and prior proceedings in the cause and Defendants' Brief in Support of Motion to Dismiss submitted herewith. A proposed form of Order is also provided.

Dated: February 11, 2016

ORLOFF, LOWENBACH, STIFELMAN
   & SIEGEL, P.A.
101 Eisenhower Parkway, Suite 400
Roseland, New Jersey 07068-1097
Telephone: (973) 622-6200
Facsimile: (973) 622-3073
Email:   jmg@olss.com

By:_____ */s/ Jeffrey M. Garrod*_____
       Jeffrey M. Garrod

-and-

-2-

William E. Raney (*Pro hac vice* pending)
Kellie J. Mitchell (*Pro hac vice* pending)
COPILEVITZ & CANTER LLC
310 W. 20th Street, Suite 300
Kansas City, Missouri  64108
Telephone: (816) 472-9000
Facsimile:  (816) 472-5000
Email:     braney@cckc-law.com
           kmitchell@cckc-law.com

Attorneys for Defendants
National Auto Division, L.L.C.
and Ariel Freud