NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FREDERICK EVANS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL AUTO DIVISION, L.L.C., ARIEL FREUD, and DOES 1-25,<br><br>Defendants. | Civ. No. 15-8714<br><br>**ORDER** |

THOMPSON, U.S.D.J.

For the reasons set forth in the Opinion issued on this same day,

IT IS, on this 7th day of March, 2016,

ORDERED that the Motion to Dismiss of Defendants National Auto Division, L.L.C. and Ariel Freud (ECF No. 7) is DENIED.

/s/ Anne E. Thompson
ANNE E. THOMPSON, U.S.D.J.