UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FREDERICK EVANS,** | : Civil Action No.  15-8714 (AET) |
| Plaintiff, | : |
| v. | : PRETRIAL SCHEDULING ORDER |
| **NATIONAL AUTO DIVISION, L.L.C., et al.,** | : |
| Defendants. | : |

This matter having come before the Court during an initial scheduling conference on June 14, 2016; pursuant to FED. R. CIV. P. 16; and the Court having conferred with counsel concerning the appropriate timing and scope of discovery; and good cause appearing for the entry of the within Order;

IT IS on this 15th day of June 2016,

ORDERED THAT:

1.  The Parties have exchanged initial disclosures as required by Fed. R. Civ. P. 26(a)(1).

2.  The Parties must serve initial written discovery requests by **September 9, 2016**.

3.  The Parties must complete fact discovery, including depositions, in this case by **April 7, 2017**.

4.  In accordance with FED. R. CIV. P. 30, the Parties are limited to **10** depositions, per side, except upon leave of the Court.  In accordance with FED. R. CIV. P. 33, the Parties will be limited to **25** interrogatories (including all subparts) per party, except upon leave of the Court.

5.  Any motion to amend the pleadings or join new parties, whether by amended or third-party complaint must be filed **March 1, 2017**.

6.  Counsel must meet and  confer in a good faith attempt to resolve any discovery or case management dispute before bringing such dispute to the attention of the Court.  Any unresolved dispute must be brought to the Court's attention **promptly** by letter to the undersigned.  Failure to timely raise a discovery dispute may result in a waiver.

**7. The Court will conduct telephone status conferences on <u>October 5, 2016</u> at <u>2:00 P.M.</u>, and <u>February 1, 2017</u> at <u>2:00 P.M.</u>  Defense counsel will initiate these calls.  During the latter call, the Court will set a schedule for expert discovery and/or dispositive motions.**

**8.  The Court may, from time to time, schedule conferences as may be required, either on its own motion or at the request of counsel.  Failure to appear at subsequent conferences, or to comply with any of the terms of this Order, may result in sanctions.**

**9.  Since all dates set forth herein are established with the assistance and knowledge of counsel, there will be no extensions except for good cause shown and by leave of the Court, even with consent of all counsel.**

*s/ Douglas E. Arpert*
**DOUGLAS  E. ARPERT**
**United States Magistrate Judge**