Craig A. Ollenschleger, Esq.
**ORLOFF, LOWENBACH, STIFELMAN & SIEGEL, P.A.**
101 Eisenhower Parkway, Suite 400
Roseland, New Jersey 07068-1097
Telephone: (973) 622-6200
Fax:       (973) 622-3073
E-Mail:    jmg@olss.com
Attorneys for Defendants National Auto Division, L.L.C. and Ariel Freud

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FREDERICK EVANS, | Civil Action No. 15-cv-8714-AET-DEA |
| Plaintiff, | |
| v. | |
| NATIONAL AUTO DIVISION, L.L.C., ARIEL FREUD, and DOES 1-25, | **NOTICE OF CROSS-MOTION** |
| Defendants. | |

TO:     Jeremy Glapion, Esq.
        THE GLAPION LAW FIRM, LLC
        1704 Maxwell Drive
        Wall, New Jersey 07719
        Attorneys for Plaintiff

SIR:

PLEASE TAKE NOTICE that on Monday, August 15, 2016, at 10:00 a.m., or as soon thereafter as counsel may be heard, defendants National

Auto Division, L.L.C. and Ariel Freud ("Defendants") shall cross-move, pursuant to *Fed. R. Civ. P.* 12(b)(1), before the United States District Court for the District of New Jersey (Hon. Anne E. Thompson, U.S.D.J.), at the Clarkson S. Fisher Federal Building & United States Courthouse, 402 East State Street, Trenton, New Jersey, for an Order dismissing the Complaint, dated December 17, 2015, filed by plaintiff Frederick Evans in the above-captioned action for lack of subject matter jurisdiction, and for such other and further relief as may be just and equitable.

PLEASE TAKE FURTHER NOTICE that this Cross-Motion is based upon the accompanying Brief and the Affidavits of William E. Raney, Kellie Mitchell Bubeck and Jason Gloss submitted herewith. A proposed form of Order is provided herewith.

PLEASE TAKE FURTHER NOTICE THAT ORAL ARGUMENT IS HEREBY REQUESTED.

Dated: August 4, 2016

ORLOFF, LOWENBACH, STIFELMAN
   & SIEGEL, P.A.
101 Eisenhower Parkway, Suite 400
Roseland, New Jersey 07068-1097
Telephone: (973) 622-6200
Facsimile: (973) 622-3073
Email:   co@olss.com

  */s/ Craig A. Ollenschleger*
   Craig A. Ollenschleger

-and-

William E. Raney, Esq.
  (Admitted *Pro Hac Vice*)
Kellie Mitchell Bubeck, Esq.
  (Admitted *Pro Hac Vice*)
COPILEVITZ & CANTER, LLC
310 W. 20th Street, Suite 300
Kansas City, Missouri 64112

Attorneys for Defendants
National Auto Division, L.L.C.
and Ariel Freud