# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| FREDERICK EVANS | |
| Plaintiff, | Civil Action No. 15-8714 (AET)(DEA) |
| v. | |
| NATIONAL AUTO DIVISION LLC, *et al.* | |
| Defendants. | |
| SUSAN MOUW, | |
| Plaintiff, | Civil Action No. 16-2947 (AET)(DEA) |
| v. | |
| NATIONAL AUTO DIVISION LLC, *et al.* | |
| Defendants. | |

This matter comes before the Court on motions by nonparty Michael Nicoletti to quash subpoenas seeking his deposition and the production of documents. The Court heard argument on the motions April 24, 2017. For the reasons stated on the record of that proceeding,

**IT IS** on this 26th day of April 2017,

**ORDERED** that the motions to quash in Civil Action No. 15-8714 [ECF No. 58] and in Civil Action No. 16-2947 [ECF No. 42] are **DENIED,** and it is further

**ORDERED** that the deposition of Michael Nicoletti is to proceed on May 2, 2017 at 10:00 AM.

/s/ Douglas E. Arpert
DOUGLAS E. ARPERT
United States Magistrate Judge