**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| FREDERICK EVANS, individually and on behalf of all others similarly situated, | : | Civil Action No.. 15-8714 (AET) (DEA) |
| | : | Honorable Anne E. Thompson |
| Plaintiff, | : | |
| v. | : | |
| NATIONAL AUTO DIVISION, L.L.C., ARIEL FREUD, and DOES 1-25, | : | **STIPULATION OF DISMISSAL WITH PREJUDICE**. |
| Defendants. | : | |
| | : | |

THIS MATTER having been amicably resolved by and between Plaintiff Frederick Evans, and Defendants, National Auto Division, L.L.C. and Ariel Freud, it is hereby stipulated and agreed that this action is hereby DISMISSED WITH PREJUDICE with each party to bear their own costs, fees, and expenses.

**THE GLAPION LAW FIRM**
1704 Maxwell Drive
Wall, New Jersey 07719

*Attorneys for Plaintiff Frederick Evans*

By: *Jeremy Glapion*
    JEREMY M. GLAPION

Dated: May 25, 2017

**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey 07102

*Attorneys for Defendants National Auto Division L.L.C. and Ariel Freud*

By: /s/ Jeffrey J. Greenbaum
    JEFFREY J. GREENBAUM

Dated: May 25, 2017

SO ORDERED this _____ day of _____ 2017.

_____
HON. ANNE E. THOMPSON
UNITED STATES DISTRICT JUDGE